IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRED LEE WEST,

    Plaintiff,

v.                                                      4:19cv568–WS/HTC

BRODERIC V. ROBERSON,

    Defendants.

_____

ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 11) docketed February 5, 2020. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) based on the plaintiff's failure to disclose his prior litigation history. While the plaintiff has filed what purport to be objections (ECF No. 12) to the magistrate judge's recommendation, he has failed to address the basis for that recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is

ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 11) is ADOPTED and incorporated into this order by reference.

2. The plaintiff's complaint and this action are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this ___25th___ day of ___February___, 2020.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE